.595

(No. 75-CC-1016— ▉▉▉▉▉▉▉▉▉)

MARVIN J. SCHWARZ, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed May 13, 1975.*

MARVIN J. SCHWARZ, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1019— ▉▉▉▉▉▉▉▉▉)

MARVIN J. SCHWARZ, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed May 13, 1975.*

MARVIN J. SCHWARZ, M.D. Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1021— ▉▉▉▉▉▉▉▉▉)

MARVIN J. SCHWARZ, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.